## ROLAND v. STATE.
### No. 23356.

Court of Criminal Appeals of Texas.
May 22, 1946.

Chas. H. Dean, of Plainview, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of an assault with intent to murder, and his punishment

assessed at confinement in the State penitentiary for a term of one year.

The record is before this court without a statement of facts or bills of exceptions, in the absence of which no question has been presented for review. The indictment and all matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.